# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TROY WILLIAMS, SR., *et al.*, <br><br> *Defendants.* | CRIMINAL ACTION NO. <br> 5:22-cr-00009-TES-CHW |

## ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER

Before the Court is the Government's Motion to Amend the Scheduling Order [Doc. 262] in light of the new requirements in effect as of December 1, 2022, for Rule 16 of the Federal Rules of Criminal Procedure. The Court **GRANTS** the Government's Motion to Amend the Scheduling Order [Doc. 262].

Accordingly, the deadline by which the Government's expert notices are due in the Order Setting Amended Schedule [Doc. 249] is extended for one month—until Friday, February 3, 2023. *See* [Doc. 249, p. 2]. Defendants' deadline for their expert notices is extended for one month as well—until Monday, March 20, 2023. [*Id.*].

**SO ORDERED**, this 30th day of December, 2022.

S/ Tilman E. Self, III<br>
<b>TILMAN E. SELF, III, JUDGE</b><br>
<b>UNITED STATES DISTRICT COURT</b>