IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-9-CAR-CHW |
| TROY WILLIAMS, SR.; | : | |
| KENNETH PERTILLO; | : | |
| JOHNIFER DERNARD BARNWELL; | : | |
| CHRISTOPHER LEON COLEMAN; | : | |
| KE'KERIO JA'MEL COLEMAN; | : | |
| JOSHUA ANTOINE GREEN; | : | |
| GREGORY BERNARD JOLLY; | : | |
| RECARDO KEON RAY; | : | |
| ZERICK KENTERRIS USRY; | : | |
| JOHNNIE LOWE; | : | |
| MICHAEL CLIFFORD WHITE; | : | |
| DIAMOND MONIQUE THOMAS; | : | |
| JAMELIHA SHALONDA COLEMAN; | : | |
| TIARA THOMAS; | : | |
| ROCHELLE OLIVER; | : | |
| ROMELLO CAMPBELL; | : | |
| HANNAH RICHARDS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Currently before the Court is the Government's Motion to Amend Scheduling Order and Specially Set Trial [Doc. 330]. On July 12, 2022, the Grand Jury returned a seventeen-count indictment charging Defendants with Conspiracy to Possess with Intent to Distribute Controlled Substances along with substantive counts of distribution and

1

possession with intent to distribute methamphetamine, heroin, and fentanyl, as well as firearm charges. All Defendants have made their initial appearances; three have pled guilty; and one has been sentenced. Twelve Defendants remain in this case. This case was declared complex on March 17, 2023, and trial is presently set to begin on August 7, 2023.

In the Motion, the Government represents that discovery in this case is voluminous, with materials estimated to amount to 100 gigabytes of information including documents, photographs, audio and video recordings, and intercepted calls and text messages from five separate phone lines. The Government estimates that if the remaining Defendants go to trial, it would take at least two weeks, not including defense or rebuttal witnesses. Witnesses and evidence, including a substantial number of narcotics seized in this case, are located outside the Middle District of Georgia. Thus, additional time is needed to review discovery, further investigate the case, and engage in plea negotiations.

Having considered the matter, the Court finds it serves the ends of justice to grant the Government's request. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Government's Motion to Amend Scheduling Order and Specially Set Trial [Doc. 330] is **GRANTED,** and **IT IS HEREBY ORDERED** that this case be continued until September 25, 2023, a specially set term of Court for the Macon

Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 7th day of June, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
