# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | **Crim. No. 5:22-cr-00009-CAR-CHW-1** |
| v. : | |
| : | |
| **TROY WILLIAMS, SR.,** : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Pending before the Court is Defendant Troy Williams, Sr.'s request for the Court to order the court reporter to correct his September 8, 2023 guilty plea hearing transcript. (Docs. 643, 649). Defendant states that he "discovered several lines had been omitted between page 15 line 25 and page 16 line 1. These are lines that established that [he] did not understand what exactly was going on during this hearing as far as the Base Offense Levels category was concerned." (*Id.*, p. 1). He states this information is needed for him to prepare a motion pursuant to 28 U.S.C. § 2255. (*Id.*, p. 1-2).

The Court reviewed the audio recording from Defendant's guilty plea hearing, which indicates that no substantive omission was made by the court reporter. It is common for court reporters to clean up a transcript to exclude conversation fillers such as "um," "okay," and other non-substantive issues for readability but which do not alter the substantive content. Here, for the portion highlighted by Defendant, it appears that the Court spoke over the beginning of Defendant's next question or statement and those few words from Defendant are unintelligible and do not appear in the transcript. The recording

contradicts, however, Defendant's suggestion that "several lines" of dialogue were omitted. Therefore, there is nothing to correct or produce. Defendant's "petition for the Court's order for production of accurate documents from the court reporter" (Doc. 649) is **DENIED**.

   **SO ORDERED**, this 14th day of March, 2025.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge